CITY OF WINSTON-SALEM v. YARBROUGH

No. 138P97

Case below: 125 N.C.App. 420

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

COLLINS v. COLLINS

No. 44P97

Case below: 125 N.C.App. 113

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

COMMISSIONER OF LABOR v. HOUSE OF RAEFORD FARMS

No. 504PA96

Case below: 124 N.C.App. 349

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 June 1997. Motion by Attorney General to dismiss petition for discretionary review denied 5 June 1997.

COOK v. WAKE COUNTY HOSPITAL SYSTEM

No. 202A97

Case below: 125 N.C.App. 618

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 5 June 1997.

CROUCH v. JONES

No. 94P97

Case below: 125 N.C.App. 421

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.